71,784-02,04

3-18-15

Dear Clerk of the Court I am sorry to bother you with this, but I have some how misplaced or Lost my copys of the writs of habeas corpus's I Filed with your Court, and I realy need these in the up comeing proceedings, if you could please send Me the Following I would greatly appreciate.

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 23 2015

Abel Acosta, Clerk

① 11.07 writ of Habeas corpus grounds and Legal arguments and memorandum of Law
C-16-376 A
WR-71,784-02

② subsequent
11.07 writ of Habeas corpus ground and Legale arguments and memorandum of Law. Allso I Filed some Supplemental grounds and Legal argument with this writ,
C-16-376-B
WR-71,784-04

Thank you For your time

Dakota Crutchfield #1647122
McConnell Unit
3001 S Emily Dr
Beeville Tx 78102